U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

OCT 2 9 2003

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DENISE POLK GARRETTE, ET AL | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Vs. | NO. 82169-D |
| ALFRED LEVI BURNS, ET AL | |

6:91cv244

Judge: Walter
Magistrate: Methvin

## SATISFACTION OF JUDGMENT

Plaintiff, DENISE POLK GARRETTE through undersigned counsel hereby acknowledges payment in full of SIXTY-SIX THOUSAND, SIX HUNDRED SIXTY-SIX DOLLARS AND 67/100 Dollars ($ 66,666.67), and further avers that no other sums are due and owing from WILLIE E. GARY, GLENDA M. AUGUST, THE LAW FIRM OF GARY, WILLIAMS AND PARENTI and THE LAW FIRM OF GLENDA AUGUST AND ASSOCIATES in the above reference numbered and styled cause, and further that the United States District Court in and for the Western District of Louisiana in the above entitled matter may spread upon the minutes of its docket book and judgment role an entry that this judgment has been satisfied and paid in full and plaintiff authorizes and directs the Clerk of Court to erase and cancel the judgment so inscribed.

WITNESS MY SIGNATURE, thus the 27th day of October, 2003.

_____
CHARLES CALAHAN
Attorney at Law
314 Pershing Street
New Iberia, Louisiana 70517
(337) 365-8046

**Attorney for Plaintiffs**



# Glenda M. August and Associates
## Attorneys at Law

GLENDA M. AUGUST
JO ANN NIXON
Associate
JOHN K. PIERRE
Associate
Member, Texas Bar
BENJAMIN BURNS
of Counsel
GREGORY F. WILLIAMS
of Counsel

Professional Square Building
129 West Pershing Street
New Iberia, Louisiana 70560

Telephone (337) 369-7437
Fax No. (337) 369-9869

RECEIVED
OCT 28 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

October 27, 2003

U. S. District Court-Western District
Clerk of Court
800 Lafayette Street
Lafayette, LA 70506

RE: *Denise Polk Garrette, et al*
VS: *Alfred Levi Burns, et al*
NO: *CV 91-0244-L*

Dear Sir or Madam:

Enclosed is an executed Satisfaction of Judgment regarding the above referenced matter. Please file into court records and submit a Certificate of Cancellation to my office at your earliest convenience.

Should you have any questions, do not hesitate to contact my office.

With kindest regards, I remain

Very truly yours,

Glenda M. August & Associates

*Glenda M. August*

GLENDA M. AUGUST

GMA/lj

Enclosure