UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DENISE POLK GARRETTE, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JOSEPH JOHN GARRETTE, JR AND DENISE POLK GARRETTE, AS THE NATURAL TUTRIX OF THE MINOR CHILDREN, DAVORIS TREVON POLK, JOSEPH JOHN DELMAR GARRETTE AND JOE-NIECIA SADA GARRETTE VS ALFRED LEVI BURNS, MINOT BUILDERS SUPPLY, INC. AND CONTINENTAL INSURANCE COMPANY | CIVIL ACTION NO. 6:91 - CV - 0244 JUDGE DONALD E. WALTER MAG. MILDRED METHVIN |

| FILING DATE | DEPUTY CLERK |
|---|---|
| | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION FOR PERMISSION

**NOW COMES** Stone Street Capital, LLC, through undersigned counsel, who moves *ex parte* for the Court's permission to proceed in state court pursuant to L.R.S. 9:2715 for authority for the transfer of structured settlement rights as follows:

1.

Denise Garrette has agreed to transfer to Stone Street Capital, LLC certain structured settlement rights which were ordered by this Court in these proceedings and are defined by L.R.S. 9:2715(A)(6), namely, "an arrangement for periodic payment of damages for personal injury established by a settlement or judgment in resolution of a tort claim".

2.

Denise Garrette is a party plaintiff in these proceedings and a "payee" as defined by L.R.S. 9:2715(A)(5), namely, "an individual who receives damage payments that are not subject to income taxation under a structured settlement and proposes to make a transfer of payment rights".

3.

Stone Street Capital, LLC is a Delaware Limited Liability Company and a "transferee" as defined by L.R.S. 9:2715(A)(13), namely, "a person who is receiving or will receive structured settlement payment rights from a payee".

4.

L.R.S. 9:2715 requires a transfer of structured settlement rights to be authorized in advance by an *ex parte* order of a court of competent jurisdiction, and Stone Street Capital, LLC has filed for that advance authorization by *Ex Parte* Petition For Transfer Of Structured Settlement Rights By Stone Street Capital, LLC in case No. 13099, Div. B, in the 16th Judicial District Court, Iberia Parish, Louisiana.

**Wherefore,** Stone Street Capital, LLC prays for permission to proceed in case No. 13099, Div. B, in the 16th Judicial District Court, Iberia Parish, Louisiana, pursuant to L.R.S. 9:2715 for authority for the transfer of structured settlement rights.

Respectfully submitted:

Walter Antin, Jr., Esq., No. 02512
104 North Cypress Street
PO Box 2605
Hammond, LA 70404
(985) 542-8299
(985) 542-8419 fax

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Ex Parte* Motion For Permission has been served by United States Mail, certified as indicated, this **18th** day of January, 2018 addressed as follows:

Ms. Denise Garrette
304 Dear St.
New Iberia, LA 70560
(Certified mail, return receipt requested)

P. Charles Calahan, Esq.
314 E. Pershing Street
PO Box 9547
New Iberia, LA 70562-9547
(Counsel, Denise Garrette)

Glenda M. August, Esq.
129 W. Pershing St.
New Iberia, LA 70560
(Counsel, Denise Garrette)

W. E. Gary, Esq.
Gary, Williams & Parenti
221 Southeast Osceola Street
Stuart, FL 34994
(Counsel, Denise Garrette)

Benjamin O. Burns, Esq
Suite 2-D
224 St. Landry St.
Lafayette, LA 70502
(Counsel, Denise Garrette)

John G. Allelo, Esq.
340 Florida St.
Baton Rouge, LA 70821
(Counsel, Alfred Levi Burns, Minot Builders, and Continental Insurance Co.)

James P. Macmanus, Esq.
2250 W. Main Street
Lafayette, LA 70502
(Counsel, James P. Macmanus)

Metropolitan Life Insurance Company
1 Madison Avenue
New York, NY 10010
Attn: Legal Dept./Structured Settlements
(Certified mail, return receipt requested)

Continental Insurance Company
100 CNA Drive
Nashville, TN 37214
Attn: Legal Dept./Structured Settlements
(Certified mail, return receipt requested)

_____
Walter Antin, Jr.